IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JUSTINE DELACRUZ, personal representative of the estate of Justin Delacruz,<br><br>Plaintiff,<br><br>vs.<br><br>CORECIVIC, INC., and DOES 1-20,<br><br>Defendants. | CV 26–20–H–DLC<br><br>ORDER |

Before the Court is Defendant CoreCivic, Inc.'s motion for the admission of attorney Daniel P. Struck *pro hac vice*, in the above-captioned matter. (Doc. 28.) It appears that Jeffery J. Oven will serve as local counsel in this matter. (*Id.* at 1.) Mr. Struck's application (Doc. 28-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 28) is GRANTED on the condition that Mr. Struck does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Struck shall take steps to register in the Court's

electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Struck files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 13th day of November, 2026

Dana L. Christensen, District Judge
United States District Court